Laura Fleming, Bar No. 219287
E-mail: lf@paynefears.com
Robert T. Matsuishi, Bar No. 259182
Email: rtm@paynefears.com
Blake A. Dillion, Bar No. 305838
Email: bad@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
ABM INDUSTRY GROUPS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MABE,<br><br>       Plaintiff,<br><br>     v.<br><br>ABM INDUSTRY GROUPS, LLC, a California business entity and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. **'22CV0095 W   BGS**<br><br>[Removed from San Diego County Superior Court, Case No. 37-2021-00052763-CU-WT-CTL]<br><br>**DECLARATION OF ALLISON NELSON IN SUPPORT OF DEFENDANT ABM INDUSTRY GROUPS, LLC'S PETITION AND NOTICE OF REMOVAL** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF ALLISON NELSON

I, Allison Nelson, declare as follows:

1.     I am a Manager, Entity Governance and SEC Compliance for ABM Industries Incorporated, parent company to defendant ABM Industry Groups, LLC. I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify hereto. I make this declaration in support of Defendant's Petition and Notice for Removal.

2.     As a result of my position with ABM Industries Incorporated, I have detailed knowledge of ABM Industries Incorporated's corporate structure and affiliated entities, including ABM Industry Groups, LLC. ABM Industry Groups, LLC is a wholly-owned subsidiary of ABM Industries Incorporated. To facilitate my job responsibilities, I also have access to the company's corporate records which the company keeps in the regular course of business.

3.     ABM Industry Groups, LLC, is a domestic limited liability company, formed under the laws of the State of Delaware on December 7, 2016. Its corporate headquarters and principal place of business are located at 14141 Southwest Freeway, Suite 477, Sugar Land, Texas 77478. Its executive and administrative operations are centrally managed from Texas, and its corporate records are maintained in Texas.

Executed this 19th of January 2022, at Houston, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ALLISON NELSON

4872-4024-6281.3

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PAYNE & FEARS LLP

ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

## PROOF OF SERVICE

**Steve Mabe v. ABM Industry Group, et al.**
**United States District Court Case No.**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On January 21, 2022, I served true copies of the following document(s) described as **DECLARATION OF ALLISON NELSON IN SUPPORT OF DEFENDANT ABM INDUSTRY GROUPS, LLC'S PETITION AND NOTICE OF REMOVAL** on the interested parties in this action as follows:

Eugene S. Thompson, Esq.                    Attorneys for Plaintiff,
9655 Granite Ridge Drive, Suite 200         STEVE MABE
San Diego, CA 92123
Telephone: (619) 528-2303
Facsimile: (858) 717-8001
Email: eugenet44@gmail.com

**BY MAIL:** I caused a copy of the document(s) to be sent from the e-mail address, pdavid@paynefears.com, to the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 21, 2022, at Irvine, California.

_____
Patricia David