Eugene S. Thompson, State Bar No. 144779
THOMPSON LAW, APC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
(619) 528-2303/ FAX: 858-717-8001

Attorney for Plaintiff

Blake A. Dillion, State Bar No. 305838
PAYNE & FEARS
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100/FAX:949-851-1212

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MABE,<br><br>Plaintiff,<br><br>ABM INDUSTRY GROUPS, LLC., a California business entity and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO. 22cv0095W (BGS)<br><br>**JOINT MOTION TO ARBITRATE AND STAY PROCEEDINGS; [PROPOSED] ORDER** |

Plaintiff STEVE MABE ("MABE") and Defendant ABM INDUSTRY GROUPS, LLC. ("ABM") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. MABE's claims against ABM all arise from his employment with ABM;

STIPULATION TO ARBITRATE AND STAY PROCEEDINGS

2. On March 11, 2019, MABE entered into a binding and enforceable arbitration agreement ("Arbitration Agreement") with ABM, attached hereto as Exhibit 1;

3. The Arbitration Agreement between MABE and ABM applies to all of MABE's claims against ABM in this action;

4. Pursuant to the provisions of the Arbitration Agreement, the Parties agree that the entire action and all causes of action asserted in Plaintiff's Complaint shall be submitted to final and binding arbitration with AAA (the "Arbitration");

5. Notwithstanding the use of AAA to administer the Arbitration, the Parties agree that the Federal Rules of Civil Procedure as to discovery and Federal Rules of Evidence, or other rules so stipulated between the Parties with the approval of the Arbitrator, will govern all procedures, discovery, law and motion, dispositive motions and evidentiary issues in the Arbitration;

6. The Arbitrator shall have final discretion as to discovery issues and the admissibility of evidence;

7. The Parties request that the Court issue an order consistent with the Parties' stipulations herein to stay the matter and order the Parties to proceed to arbitration with the acknowledgment that the Parties may return to this Court as permitted by law for any appropriate enforcement or other proceedings; and

8. Nothing in this stipulation will prevent the Parties from later stipulating to further procedures for the Arbitration.

IT IS SO STIPULATED.

Dated: March 14, 2022        PAYNE & FEARS

/s/Blake A. Dillion

BLAKE A. DILLION, ESQ.
Attorney for Defendant
ABM INDUSTRY GROUPS, LLC.

STIPULATION TO ARBITRATE AND STAY PROCEEDINGS 2

| | |
|---|---|
| DATED: March 14, 2022 | THOMPSON LAW, APC.<br><br>/s/Eugene S. Thompson<br>_____<br>EUGENE S. THOMPSON, ESQ.<br>Attorneys for Plaintiff<br>STEVE MABE |

STIPULATION TO ARBITRATE AND STAY PROCEEDINGS