# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MABE,<br><br>                       Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC,<br><br>                       Defendant. | Case No.: 22-CV-0095 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS [DOC. 8]** |

Pending before the Court is the parties' joint motion to stay this case pending arbitration. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 8] and **ORDERS** this case **STAYED** pending resolution of the parties' arbitration. In light of this order, the parties' previously filed motion [Doc. 7] is **TERMINATED** as moot.

     **IT IS SO ORDERED**.

Dated: March 23, 2022

                                                 Hon. Thomas J. Whelan
                                                 United States District Judge